IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUAN CARLOS MANZANO-HUERTA,<br><br>    Defendant. | No. CR14-2011<br><br>ORDER ACCEPTING WRITTEN WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT |

This matter comes before the Court on the Written Waiver of Personal Appearance at Arraignment (docket number 42) filed by the Defendant on July 29, 2014.

### ORDER

IT IS ORDERED that the Defendant's waiver is hereby **ACCEPTED** and Defendant's plea of not guilty to the Second Superseding Indictment is entered of record with the Clerk of Court. The arraignment on Second Superseding Indictment currently scheduled for July 30, 2014 is hereby **CANCELLED**.

DATED this 29th day of July, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA